AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

TIMOTHY WILLIAMS
3349 Buckboard Road
Montgomery, Alabama

**WARRANT FOR ARREST**

Case Number: 2:05cr216-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Timothy Williams__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)
Controlled substance act

Gun controlled act

in violation of Title __18 and 21__ United States Code, Section(s) __924(c)(1((A); 922(g)(1) and 841(a)(1)__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK, U. S. DISTRICT COURT__
Title of Issuing Officer

Signature of Issuing Officer

__September 14, 2005 - Montgomery, Alabama__
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |