**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 9-15-2005

**DIGITAL RECORDING:** 3:15 ~ 3:27 pm

*Set Arr dd!*

- [x] **INITIAL APPEARANCE**
- [ ] **BOND HEARING**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** DRB          **DEPUTY CLERK:** sql

**CASE NO.** 2:05cr216          **DEFT. NAME:** Timothy WILLIAMS

**USA:** ~~Redmond~~ Brunson          **ATTY:** Hart

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( (CDO) )
( ) Stand In ONLY

**USPTSO/USPO:** _____

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES    **NAME:** _____

---

- [x] k ars.    Date of Arrest 9-15-05    or    [ ] karsr40
- [x] k ja.    Deft. First Appearance. Advised of rights/charges. [ ]Pro/Sup Rel Violator
- [x] kcnsl.    Deft. First Appearance with Counsel
- [ ]    Deft. First Appearance without Counsel
- [x]    Requests appointed Counsel  [x] **ORAL MOTION for Appointment of Counsel**
- [ ] kfinaff.    Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted    **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- [ ] k20appt.    Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]    Deft. Advises he will retain counsel. Has retained _____
- [ ]    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]    Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg.    **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- [x] kocondrls.    Release order entered. Deft. advised of conditions of release
- [x] kbnd.    [ ]**BOND EXECUTED (M/D AL charges)** $ 25,000 . Deft released (kloc LR)
          [ ]**BOND EXECUTED (R.40 charges)** - deft to report to originating district as ordered
- [ ] kloc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ]    Preliminary Hearing [ ] Set for _____
- [ ] ko.    Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.    Waiver of [ ] preliminary hearing; [ ]Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [ ] karr.    **ARRAIGNMENT SET FOR:** _____ [ ] HELD. Plea of **NOT GUILTY** entered.
          [ ]Set for _____ **Trial Term;** [ ] **PRETRIAL CONFERENCE DATE:** _____
          **DISCOVERY DISCLOSURES DATE:** _____
- [ ] krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.    Identity/Removal Hearing set for _____
- [ ] kwvspt    **Waiver of Speedy Trial Act Rights Executed**