| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | | DATE: September 21, 2005 |
| MIDDLE DISTRICT OF ALABAMA | | DIGITAL RECORDING: 12:00 - 12:01 |

√ **ARRAIGNMENT**   ☐ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr216-F   **DEFENDANT NAME:** Timothy Williams
**AUSA:** Verne Speirs   **DEFENDANT ATTORNEY:** Donnie Bethel
standing in for Susan Redmond   Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
   ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
☐ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ **Not Guilty**
   ☐ **Guilty as to:**
      ☐ Count(s):
      ☐ Count(s):         ☐ dismissed on oral motion of USA
               ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**
√ **CRIMINAL TERM:**   6/5/06      √ **WAIVER OF SPEEDY TRIAL filed.**
      **DISCOVERY DISCLOSURE DATE: 9/21/05**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
      ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel