| COURTROOM DEPUTY'S MINUTES | DATE: October 17, 2005 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:33 - 3:34 |

## PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
|---|---|
| CASE NUMBER: 2:05cr216-F | DEFENDANT(S) Timothy Williams |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick standing in for Susan Redmond | * | Jennifer Hart |

❏ **DISCOVERY STATUS:**
    Completed

❏ **PENDING MOTION STATUS:**
    No pending motions

❏ **PLEA STATUS:**
    Defendant will plea
    Plea date - May 30, 2006

❏ **TRIAL STATUS**
    Trial time - 1 day

❏ **REMARKS:**