IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-216-F |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

## PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Timothy Williams, into the custody of Leighton Greenlee, United States Secret Service, and/or Kenneth Hedgepeth, United States Secret Service, and/or Marty Johnson, United States Secret Service, and/or Sybil Hall-McNeil, ATF, from December 5, 2005, through March 5, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Leighton Greenlee, United States Secret Service, and/or Kenneth Hedgepeth, United States Secret Service, and/or Marty Johnson, United States Secret Service, and/or Sybil Hall-McNeil, ATF, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 5th day of December, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-216-F |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov