IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-216-F |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on December 5, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Timothy Williams, to Leighton Greenlee, United States Secret Service, and/or Kenneth Hedgepeth, United States Secret Service, and/or Marty Johnson, United States Secret Service, and/or Sybil Hall-McNeil, ATF, on December 5, 2005, through March 5, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Leighton Greenlee, United States Secret Service, and/or Kenneth Hedgepeth, United States Secret Service, and/or Marty Johnson, United States Secret Service, and/or Sybil Hall-McNeil, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of December, 2005.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE