IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-216-F |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on January 11, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Timothy Williams, to Tom Halasz, DEA, and/or Doug Walters, Tallassee Police Department, on January 12, 2006, through April 12, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tom Halasz, DEA, and/or Doug Walters, Tallassee Police Department, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 12th day of January, 2006.

/s/ Susan Russ Walker
_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE