## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.: 2:05cr216-F |
| | ) | |
| **TIMOTHY WILLIAMS** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, Timothy Williams, in the above-styled case.

Dated this 26th day of May 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.: 2:05cr216-F |
| | ) | |
| **TIMOTHY WILLIAMS** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, Esq., Assistant U. S. Attorney.

                                          Respectfully submitted,

                                          s/ Kevin L. Butler
                                          KEVIN L. BUTLER
                                          First Assistant Federal Defender
                                          201 Monroe Street, Suite 407
                                          Montgomery, Alabama 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          E-mail: kevin_butler@fd.org
                                          AZ Bar Code: 014138