| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** May 30, 206 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 3:22 - 3:24 |
| | **COURT REPORTER:** Mitchell Reisner |

❏ **ARRAIGNMENT**   ❏ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr216-MEF   **DEFENDANT NAME:** Timothy Williams
**AUSA:** Tommie Hardwick   **DEFENDANT ATTORNEY:** Christine Freeman
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Al Lancaster
Interpreter present? ( √ )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ❏ **Not Guilty**
    ❏ **Guilty as to:**
        ❏ **Count(s):**
        ❏ **Count(s):**   ❏ **dismissed on oral motion of USA**
                ❏ **to be dismissed at sentencing**
❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts
❏ **CRIMINAL TERM:**   ❏ **WAIVER OF SPEEDY TRIAL** filed.
        **DISCOVERY DISCLOSURE DATE:**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
    ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
        ❏ Defendant requests time to secure new counsel
**Defendant's ORAL MOTION to continue change of plea. Government has no objections.**
**Court's ORAL ORDER granting motion to continue change of plea. Change of Plea will be reset.**