| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** May 31, 2006 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 4:00 - 4:43 | |
| | **COURT REPORTER:** Risa Entrekin | |
| ❏ **ARRAIGNMENT** | √ **CHANGE OF PLEA** | ❏ **CONSENT PLEA** |
| ❏ **RULE 44(c) HEARING** | ❏ **SENTENCING** | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr216-MEF      **DEFENDANT NAME:** Timothy Williams
**AUSA:** Susan Redmond      **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Jo Ann Sellers
Interpreter present? (√)NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.

**PLEA:**      ❏ Not Guilty
   √ Guilty as to:
       √ Count(s):   1 & 2 of the Indictment
       √ Count(s):   3         ❏ dismissed on oral motion of USA
                  √ to be dismissed at sentencing

√ Written plea agreement filed   ❏ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1 & 2 of the Indictment

❏ **CRIMINAL TERM:**          ❏ **WAIVER OF SPEEDY TRIAL** filed.
           **DISCOVERY DISCLOSURE DATE:**

❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
   ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
           ❏ Defendant requests time to secure new counsel

**Parties ORAL ARGUMENTS regarding remanding defendant to custody of USM. Government and Defense Counsel given until Friday, June 2, 2006 to file additional brief and/or responses regarding release of defendant. Defendant to remain on current release status until Court's decision.**