IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr216-F |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

UNITED STATES OF AMERICA'S MOTION
FOR A PRELIMINARY ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture.

The United States further requests this Honorable Court, at the time of sentencing, make entry of said Preliminary Order part of its oral pronouncement of sentence and that it be entered on the written Judgment in a Criminal Case.

Respectfully submitted this 5th day of June, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2006, I electronically filed the foregoing Motion for Preliminary Order of Forfeiture and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jennifer A. Hart** and **Susan R. Redmond.**

    /s/John T. Harmon
    John T. Harmon
    Assistant United States Attorney
    Office of the United States Attorney
    Middle District of Alabama
    One Court Square, Suite 201 (36104)
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    Telephone:(334) 223-7280
    Facsimile:(334) 223-7560
    E-mail: John.Harmon@usdoj.gov
    Bar Number: 7068-II58J