IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr216-MEF |
| | ) | WO |
| TIMOTHY WILLIAMS | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to permit filing (Doc. # 31), filed June 3, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 12th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE