## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr216-F |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

COMES NOW the undersigned counsel, Jennifer A. Hart, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant Timothy Williams. In support of this Motion, counsel states the following:

1. On September 15, 2005, the Federal Defender Office was appointed to represent Timothy Williams with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel, Jennifer A. Hart.

2. On July 6, 2006, undersigned counsel discovered that a conflict exists between attorney and client which requires counsel to withdraw from further representation of Mr. Williams. This matter has been discussed with Mr. Williams and he understands the ramifications of the conflict and agrees that undersigned counsel cannot continue to represent him. Undersigned counsel will provide additional information under seal if the Court so requests.

3. Undersigned counsel requests that on behalf of Mr. Williams, CJA panel attorney Tiffany McCord, be appointed to represent him in all further proceedings in this case. Mr. Williams will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Williams and that Tiffany McCord be

appointed to represent him.

                Respectfully submitted,

                s/Jennifer A. Hart
                **JENNIFER A. HART**
                FEDERAL DEFENDERS
                MIDDLE DISTRICT OF ALABAMA
                201 Monroe Street, Suite 407
                Montgomery, AL 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                jennifer_hart@fd.org
                AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189