IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr216-F |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

COMES NOW the undersigned counsel, Jennifer A. Hart, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant Timothy Williams. In support of this Motion, counsel states the following:

1. On September 15, 2005, the Federal Defender Office was appointed to represent Timothy Williams with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel, Jennifer A. Hart.

2. On July 6, 2006, undersigned counsel discovered that a conflict exists between attorney and client which requires counsel to withdraw from further representation of Mr. Williams. This matter has been discussed with Mr. Williams and he understands the ramifications of the conflict and agrees that undersigned counsel cannot continue to represent him. Undersigned counsel will provide additional information under seal if the Court so requests.

3. Undersigned counsel requests that on behalf of Mr. Williams, CJA panel attorney Tiffany McCord, be appointed to represent him in all further proceedings in this case. Mr. Williams will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Williams and that Tiffany McCord be

**MOTION GRANTED**

THIS 18th DAY OF July, 2006

_____
UNITED STATES MAGISTRATE JUDGE