# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING        AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | 8/16/06 | AT: | 10:15 a.m. |
| DATE COMPLETED: | 8/16/06 | AT: | 10:42 a.m. |

UNITED STATES OF AMERICA §
§
vs. § CR. NO. 2:05CR216-MEF
§
TIMOTHY WILLIAMS §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | | Tiffany McCord |
| John Harmon | | |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter          Jo Ann Sellers, USPO
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X ) **Sentencing**

10:15 a.m. -  Court convenes.
Government states the terms of the plea agreement to the Court.
Court GRANTS Government's Motion for Acceptance of Responsibility (Doc. #45).
Court will follow the terms of the plea agreement between the parties.
Government states the reasons for filing their 5K1.1 Motion for Downward Departure (Doc. #44) on the record UNDER SEAL.
Court will GRANT the Government's Motion for Downward Departure (Doc. #44).
Government asks that the Court make the forfeiture a part of the final order of judgment in this case and placed on the judgment.
Court will grant Government's motion for forfeiture.
Court sentences defendant and advises him of his right to an appeal.
Government Motions the Court to Dismiss Count 3 of the Indictment.
Court GRANTS Government's Motion to Dismiss Count 3 of the Indictment.

10:42 a.m. -  Court is in recess.