Judgment — Page 2 of 6

**DEFENDANT:** TIMOTHY WILLIAMS
**CASE NUMBER:** 2:05CR216-MEF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Sixty eight (68) months. This term consists of 8 months on Count 1 and 60 months on Count 2 to be served consecutively to the term on Count 1.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED

## RETURN

DEC 15 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

DEFENDANT DELIVERED ON 11-16-2002,
TO FCI OAKDALE, LOUISIANA,
WITH A CERTIFIED COPY OF THIS JUDGEMENT.

WARDEN J.P. Young

L.I.E. _____

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL