IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr216-MEF |
| ) | |
| TIMOTHY WILLIAMS ) | |

### UNITED STATES OF AMERICA'S MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on June 7, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant Timothy Williams to forfeit:

> One Ruger, Model P89, 9mm pistol, bearing serial number 311-98162;
>
> One Rossi, .38 caliber revolver, bearing serial number W216081;
>
> One Strum Ruger, .223 caliber rifle, bearing serial number 195-57105; and,
>
> One Norinco, Model SKS, bearing serial number 01125 or 1701125 and ammunition.

That notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms was published in the Montgomery Independent newspaper on November 2, 9 and 16, 2006; and,

That no petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Respectfully submitted this 9th day of January, 2007.

>FOR THE UNITED STATES ATTORNEY
>LEURA G. CANARY
>
>/s/John T. Harmon
>John T. Harmon
>Assistant United States Attorney
>Bar Number: 7068-II58J
>Office of the United States Attorney
>Middle District of Alabama
>One Court Square, Suite 201 (36104)
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>Telephone:(334) 223-7280
>Facsimile:(334) 223-7560
>E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Susan R. Redmond** and **Jennifer A. Hart**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney