IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-216-MEF |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

## **O R D E R**

This cause is presently before the Court on the United States's Motion to Add Publication Dates to Record (Doc. # 49) filed on November 9, 2006. The United States seeks to have this Court "enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the Montgomery Independent newspaper on November 2, 9 and 16, 2006, regarding the subject forfeiture action." This motion was filed on November 9 and the Court is unwilling to take judicial notice of events that had not yet occurred at the time a motion was filed. It is hereby ORDERED that the Motion to Add Publication Dates to Record (Doc. # 49) is DENIED.

DONE this the 10th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE