IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr216-MEF |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

<u>RENEWED MOTION TO ADD PUBLICATION DATES TO RECORD</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

On November 9, 2006, the United States filed its Motion to Add Publication Dates to Record, reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on November 2, 9 and 16, 2006;

On January 10, 2007, this Court denied the United States' motion to enter the publication dates because the judicial notice of events had not yet occurred.  The notice has now occurred and the United States respectfully requests the Court to enter into the record the attached legal notice.

Respectfully submitted this 10th day of January, 2007.

```
                         FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY


                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Bar Number: 7068-II58J
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201 (36104)
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
```

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007, I electronically filed the foregoing Renewed Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Susan R. Redmond** and **Jennifer A. Hart.**

```
                         Respectfully submitted,


                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
```