IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-216-MEF |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

## **O R D E R**

Upon consideration of the government's Renewed Motion to Add Publication Dates to Record (Doc. #53) filed on January 10, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE