IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE. NO. 2:05-cr-216-MEF |
| ) | |
| TIMOTHY WILLIAMS ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 7, 2006, this Court entered a Preliminary Order of Forfeiture (Doc. # 34), ordering Defendant Timothy Williams to forfeit the following firearms:

**One Ruger, Model P89, 9mm pistol, bearing serial number 311-98162;**

**One Rossi, .38 caliber revolver, bearing serial number W216081;**

**One Strum Ruger, .223 caliber rifle, bearing serial number 195-57105; and,**

**One Norinco, Model SKS, bearing serial number 01125 or 1701125 and ammunition.**

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed;

The Court finds that defendant Timothy Williams had an interest in the firearms that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c);

The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1); and,

The United States filed a Motion for a Final Order of Forfeiture (Doc. # 51) on January 9, 2007.

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for a Final Order of Forfeiture (Doc. # 51) is GRANTED.

2. The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> **One Ruger, Model P89, 9mm pistol, bearing serial number 311-98162;**
>
> **One Rossi, .38 caliber revolver, bearing serial number W216081;**
>
> **One Strum Ruger, .223 caliber rifle, bearing serial number 195-57105; and,**
>
> **One Norinco, Model SKS, bearing serial number 01125 or 1701125 and ammunition.**

3. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

4. The U.S. District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

5. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

DONE this the 17th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE