IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-216-MEF |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss Count One of the Indictment (Doc. #56) filed on August 11, 2008, it is hereby

ORDERED that the government show cause in writing on or before August 20, 2008 as to why the motion should not be granted.

DONE this the 13th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE