IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-216-MEF |
| | ) | |
| TIMOTHY WILLIAMS | ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Reconsider (Doc. #61) filed on September 15, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 17th day of September, 2008.

                                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE